UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MORRIS-GIBSON, an individual

    PLAINTIFF,

v.

    Case No.: 2:20-cv-11346-MAG-APP
    Hon. Mark A. Goldsmith

THE INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA (UAW), *et al.*

    DEFENDANTS.
_____

## PLAINTIFF PATRICIA MORRIS-GIBSON'S INITIAL LIST OF EXHIBITS

Plaintiff, Patricia Morris-Gibson ("Plaintiff"), through her attorneys, William Acosta, PLLC and Gerald K. Evelyn, identifies her initial list of exhibits as follows:

A. Plaintiff expects to offer the following exhibits:

1. Charge of Discrimination.

2. UAW's Position Statement to Charge of Discrimination

3. Plaintiff's Response to the UAW's Position Statement to Charge of Discrimination.

4. EEOC Notice of Suit Rights.

5. UAW Staff Manual.

6. UAW Sexual Harassment Policy.

7. 3-4-2019 Email form Plaintiff to Naghmana Siddiqi ("Siddiqi") retarding returning to work.

8. 3-6-2019 Emails between Plaintiff and Naghmana Siddiqi regarding returning to work on March 11, 2019.

9. 3-11-2019 Emails from Siddiqi that she confirmed with Foster and Rioux regarding Plaintiff's return to work.

10. 3-11-2019 Email from Joe Rioux to Plaintiff regarding reporting to work.

11. 3-26-2019 and 4-1-2019 Emails between Plaintiff to Siddiqi regarding Plaintiff's employment file.

12. 4-1-2019 Email from Siddiqi to Jeff Shrock ("Shrock") regarding Plaintiff's IME.

13. 4-2-2019 Plaintiff Interview Notes

14. 4-4-2019 Foster Interview Notes

15. 4-5-2019 Darryl Bragg Interview Notes

16. 4-8-2019 Hardy Interview Notes

17. 4-5-2019 Anthony McNeil Interview Notes

18. 4-16-19 Investigation Note to File

19. 4-16-2019 Email to Foster regarding Disciplinary Notification

20. 4-17-2019 Investigation Note to File

21. 4-25-2019 Emails between Plaintiff and Scott Andrews regarding Sexual Harassment Report.

22. 4-29-2019 Emails between Plaintiff and Scott Andrews

23. 6-13-2019 Emails between Siddiqi and Shrock regarding

24. IME Report of Dr. Shiener.

25. IME Report of Dr. Beltzman.

26. 11-14-2019 Email from Siddiqi to Plaintiff regarding Beltzman IME Report.

27. Plaintiff's List of Preferred Assignments.

28. Records of meeting reassigning Plaintiff.

29. Plaintiff's W-2s/Fringe Benefit Statements for 2016 – Present

30. Plaintiff's Pay History

31. 2020 Staff Council Agreement

32. 2020 Annual Funding Notice for UAW Staff Retirement Income Plan.

33. 2020 Annual Funding Notice for UAW Staff Cash Balance Retirement Plan.

34. 2019 Annual 401(d) Safe Harbor Notice.

35. 2019 Annual Funding Notice for UAW Staff Retirement Income Plan.

36. 4-23-21 Memorandum from Rory Gamble that Plaintiff is off payroll.

37. 5-17-2021 Letters from UAW to Plaintiff regarding Retirement Benefit.

38. Report of Dr. Michael Thomson regarding Plaintiff's Economic Losses.

39. Plaintiff's medical records of treating physicians.

40. Pharmacy Records of Plaintiff's Medications.

      41. Demonstrative Exhibits

      42. Photographs

B. Plaintiff may offer the following exhibits:

      1. 8-29-18 Letter from Rascha Azakir regarding Foster attending therapy and returning to work.

      2. Text Messages between Plaintiff and Co-workers

      3. All exhibits identified by Defendants.

      4. Rebuttal exhibits, as necessary.

      5. Documents produced by Defendants in discovery.

      6. Documents identified in discovery.

Plaintiff reserves the right to supplement and/or amend its Exhibit List, up to and through the time of trial.

Respectfully Submitted,

/s/ Avery K. Williams  
AVERY K. WILLIAMS (P34731)  
WILLIAMS ACOSTA, PLLC  
Attorney for Plaintiff  
535 Griswold, Suite 1000  
Detroit, MI 48226  
(313) 963-3873  
awilliams@williamsacosta.com  

/s/ Gerald K. Evelyn  
GERALD K. EVELYN (P29182)  
Attorney for Plaintiff  
535 Griswold, Suite 1000  
Detroit, MI 48226  
(313) 962-3500  
geraldevelyn@yahoo.com

Dated: May 20, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/Avery K. Williams
Avery K. Williams (P34731)
WILLIAMS ACOSTA, PLLC
Attorneys for Plaintiff
535 Griswold Street, Suite 1000
Detroit, MI  48226
(313) 963-3873
awilliams@williamsacosta.com