UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MORRIS-GIBSON,

    Plaintiff(s),

v.                                        Case No. 20-11346

UAW, et al.,                         HON. MARK A. GOLDSMITH

    Defendant(s).
_____/

**ORDER STRIKING DOCUMENT (Dkt. 65 )**

The Court has reviewed the following document: **Foster's reply**

(Dkt. 65 ). The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: Defendant Miguel Foster's reply in support of his motion for summary judgment does not contain language certifying compliance with Local Rule 5.1(a), as required by the Court's 5/29/20 order regarding certification requirements (Dkt. 7).

Accordingly, the Court strikes the document. Foster shall file an amended document that complies with all requirements on or before 10/12/21.

SO ORDERED.

Dated: 10/7/21
Detroit, Michigan

s/ Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on 10/7/21.

s/ Karri Sandusky
Karri Sandusky
Case Manager