UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MORRIS-GIBSON,

      Plaintiff,

vs.

Case No. 20-11346
Hon. Mark A. Goldsmith

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), et al.,

      Defendants.
_____/

**ORDER**
**(1) GRANTING IN PART JOINT MOTION TO CONTINUE PRETRIAL DEADLINES (Dkt. 68) AND (2) AMENDING SCHEDULING ORDER (Dkt. 24)**

This matter is before the Court on the parties' joint motion to continue pretrial deadlines (Dkt. 68). Specifically, the parties request that the Court continue the parties' deadlines to file their motions in limine and submit the proposed joint final pretrial order until 30 days after the Court decides the Defendants' pending motions for summary judgment. The motion is granted in part. The parties' deadline to (i) file all other motions (including motions in limine) and (ii) submit the joint final pretrial order, settlement statement, proposed jury instructions, proposed verdict form, statement of claims and defenses to be read to jury, and proposed voir dire questions are adjourned until further notice. All other dates remain in effect. The scheduling order (Dkt. 24) is amended accordingly.

      SO ORDERED.

Dated: November 5, 2021
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge