## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PATRICIA MORRIS-GIBSON<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ("UAW"), et al.<br><br>Defendants. | No. 2:20-cv-11346-MAG-APP |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED AND AGREED, by and between the undersigned Parties, through their respective counsel, that the above Action is hereby dismissed with prejudice, without fees or costs to any party.

SO ORDERED.

Dated:  January 20, 2022         s/Mark A. Goldsmith
    Detroit, Michigan                MARK A. GOLDSMITH
                                                United States District Judge

SO STIPULATED, as of the 19th day of January, 2022:

/s/ Gerald K. Evelyn
Gerald Evelyn
300 River Place, Suite 3000
Detroit, MI 48207
(313) 962-3500
Geraldevelyn@yahoo.com

*Attorney for Plaintiff*

/s/ Abigail V. Carter
Abigail V. Carter
(acarter@bredhoff.com)
Adam Bellotti (abellotti@bredhoff.com)
Bredhoff & Kaiser P.L.L.C.
805 Fifteenth St., N.W., Suite 1000
Washington, D.C. 20005-2207
202-842-2600

*Attorneys for Defendants UAW, Gerald Kariem, and George Hardy*

/s/ William P. Ziegelmueller
William P. Ziegelmueller
Elise Yu
Schiff Hardin, LLP
233 South Wacker Drive
Chicago, IL 60606
bziegel@schiffhardin.com
eyu@ schiffhardin.com
312.258.5576

*Attorneys for Defendant Miguel Foster*