UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA MORRIS-GIBSON,

       Plaintiff,

vs.

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), et al.,

       Defendants.
_____/

Case No. 20-11346
Hon. Mark A. Goldsmith

## ORDER DENYING AS MOOT DEFENDANTS' MOTION IN LIMINE (Dkt. 49) AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (Dkts. 50, 51, 52, 53)

Defendants jointly filed a joint motion in limine (Dkt. 49) and individually filed motions for summary judgment (Dkts. 50, 51, 52, 53). Subsequently, the parties settled this matter. Accordingly, Defendants' motions (Dkts. 49, 50, 51, 52, 53) are denied as moot.

       SO ORDERED.

Dated: January 20, 2022
       Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge